# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2023

**VIA ECF & EMAIL**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

12/12/23

Permission to travel as requested herein is granted.

*[signature: Colleen McMahon]*

Re:   **United States v. Johnny Miranda Diaz**
      **20 CR 337 (CM)**

Dear Judge McMahon:

I write to respectfully request that the Court grant Mr. Miranda Diaz permission to travel to Puerto Rico from this Friday, December 15, 2023, to Monday, December 18, 2023, to assist his mother in setting up home health care following heart surgery as well as to visit his children. Probation has no objection to this request and the government takes position.

Earlier this year, Mr. Miranda Diaz was brought before this Court on a Violation of Supervised Release following an arrest on state charges and technical violations of his supervision. On May 9, 2023, after a plea of guilty to one specification, the Court sentenced Mr. Miranda Diaz to time served and an additional year of supervision, to include residential drug treatment.[1] Since his sentencing, Mr. Miranda Diaz has complied with the terms of his supervision, completing drug treatment and avoiding further rearrest.

Separately, Mr. Miranda Diaz's mother lives in Puerto Rico and recently had heart surgery. She now requires long-term, home-based healthcare, which Mr. Miranda Diaz is assisting in setting up. He has asked Probation for permission to travel to Puerto Rico this upcoming weekend to meet the nurse who will be taking care of his mother and help set up a more permanent care arrangement. In addition, Mr. Miranda Diaz hopes to visit his children, one of whom has a birthday this Friday, December 15, 2023. Probation Officer Larren Riley informs defense counsel Mr.

---

[1] The remaining specifications were dismissed earlier this week, on Monday, December 12, 2023.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 12/12/23

Miranda Diaz needs court approval for this request, though Probation has no objection to the request.

As noted above, the government takes no position. Accordingly, Mr. Miranda Diaz respectfully requests permission to travel to Puerto Rico this weekend.

> Respectfully,
>
> */s/ Hannah McCrea*
> Hannah McCrea
> Assistant Federal Defender
> Federal Defenders of New York
> Tel: (646) 574-0351

CC:  AUSA Jeffrey Coyle
     USPO Larren Riley